COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name:      Terrence Reed v. The State of Texas

Appellate case number:    01-11-00645-CR

Trial court case number:  1283986

Trial court:              228th District Court of Harris County

Defendant's exhibit 2—a DVD of the defendant's interrogation—was admitted into evidence at trial in the above case. This Court orders the Harris County District Clerk, or the court reporter if the exhibit is still in his or her possession, to send the original of Defendant's exhibit 2—a DVD of the defendant's interrogation—to this Court. The Clerk of this Court is directed to cooperate with the district clerk and/or court reporter to provide for the safekeeping, transportation, and return of such exhibit. *See* TEX. R. APP P. 34.6(g)(2).

The exhibit is due in this Court no later than October 19, 2012.

It is so ORDERED.

Judge's signature: /s/ Justice Bland
　　　　　　　　　⊠ Acting individually　　　　　　　☐ Acting for the Court

Date: October 11, 2012